**24-1492, 24-1493**

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

CPC PATENT TECHNOLOGIES PTY LTD.,

*Appellant*

v.

ASSA ABLOY AB, ASSA ABLOY INC., ASSA ABLOY RESIDENTIAL GROUP, INC., AUGUST HOME, INC., HID GLOBAL CORP., ASSA ABLOY GLOBAL SOLUTIONS, INC.,

*Appellees*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, No. IPR2022-01093

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Federal Circuit Rule 47.3(c), Appellees ASSA ABLOY AB, ASSA ABLOY Inc., ASSA ABLOY Residential Group, Inc., August Home, Inc., HID Global Corp., and ASSA ABLOY Global Solutions, Inc. provide the Court with notice that Richard Maxwell Mauldin withdraws as counsel for Appellees in this consolidated appeal.  Principal Counsel for Appellees will remain.

Dated: March 15, 2024

/s/Lionel M. Lavenue
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

Kara A. Specht
Benjamin A. Saidman
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
271 17th Street, NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Appellees ASSA ABLOY AB, ASSA ABLOY Inc., ASSA ABLOY Residential Group, Inc., August Home, Inc., HID Global Corp., and ASSA ABLOY Global Solutions, Inc.*