# United States Court of Appeals for the Federal Circuit

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant,*

v.

**ASSA ABLOY AB, ASSA ABLOY INC., ASSA ABLOY RESIDENTIAL GROUP, INC., AUGUST HOME, INC., HID GLOBAL CORP., ASSA ABLOY GLOBAL SOLUTIONS, INC.,**
*Appellees.*

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01093, IPR2022-01094*

**NOTICE OF WITHDRAWAL OF ANDREW C. RYAN FOR APPELLANT CPC PATENT TECHNOLOGIES PTY LTD.**

Steven C. Coyle
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103
(860) 286-2929
scoyle@cantorcolburn.com

*Counsel for Appellant*

March 22, 2024

Notice is hereby given of the Withdrawal of Andrew C. Ryan as Other Counsel for Appellant CPC PATENT TECHNOLOGIES PTY LTD.  Andrew C. Ryan is no longer with the Firm of Cantor Colburn LLP.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 22, 2024 | By: /s/ Steven M. Coyle<br>Steven M. Coyle<br>Cantor Colburn LLP<br>20 Church Street, 22nd Floor<br>Hartford, CT 06103<br>Tel.: (860) 286-2929<br>Fax.: (860) 286-0115<br>scoyle@cantorcolburn.com<br><br>*Counsel for Appellant CPC PATENT TECHNOLOGIES PTY LTD.* |