# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**AMENDED CERTIFICATE OF INTEREST**

**Case Number:** 2024-1492, 2024-1493

**Short Case Caption:** CPC Patent Technologies Pty Ltd v. ASSA ABLOY AB

**Filing Party/Entity:** ASSA ABLOY AB, ASSA ABLOY Inc., HID Global Corp., ASSA ABLOY Global Solutions, Inc., Master Lock Company, LLC

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/26/2024            Signature: /s/ Lionel M. Lavenue

                            Name: Lionel M. Lavenue

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| ASSA ABLOY AB | | ASSA ABLOY AB |
| ASSA ABLOY Inc. | | ASSA ABLOY AB |
| HID Global Corporation | | ASSA ABLOY AB; ASSA ABLOY Inc. |
| ASSA ABLOY Global Solutions, Inc. | | ASSA ABLOY AB; ASSA ABLOY Inc. |
| Master Lock Company, LLC | ASSA ABLOY Residential Group, Inc. | Fortune Brands Outdoors & Security, LLC; Fortune Brands Innovations, Inc. |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this **court** for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable   ☐   Additional pages attached

| | | |
|---|---|---|
| Dion Bregman<br>Morgan, Lewis & Bockius LLP | | |
| Andrew Devkar<br>Morgan, Lewis & Bockius LLP | | |
| James Kristas<br>Morgan, Lewis & Bockius LLP | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☒  Yes (file separate notice; see below)   ☐  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒   None/Not Applicable   ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |