**24-1492, 24-1493**

IN THE

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

CPC PATENT TECHNOLOGIES PTY LTD.,

*Appellant*

v.

ASSA ABLOY AB, ASSA ABLOY INC., ASSA ABLOY RESIDENTIAL GROUP, INC., AUGUST HOME, INC., HID GLOBAL CORP., ASSA ABLOY GLOBAL SOLUTIONS, INC.,

*Appellees*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01093, IPR2022-01094

**UNOPPOSED MOTION OF APPELLEES TO REFORM
THE OFFICIAL CAPTION**

Appellees, ASSA ABLOY AB, ASSA ABLOY Inc., ASSA ABLOY Residential Group, Inc., August Home, Inc., HID Global Corp., and ASSA ABLOY Global Solutions, Inc., respectfully move to reform the Official Caption.

On February 1, 2024, Appellee August Home, Inc. merged with Master Lock Company, LLC. Master Lock Company, LLC also acquired assets from Appellee ASSA ABLOY Residential Group, Inc., such that ASSA ABLOY Residential Group, Inc., is no longer the most relevant business in this matter. Based on the

above, Master Lock Company, LLC should be added to the Official Caption and Appellees August Home, Inc. and ASSA ABLOY Residential Group, Inc. should be removed. Accordingly, Appellees respectfully request the Official Caption be reformed as follows:

**24-1492, 24-1493**

---

IN THE

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

CPC PATENT TECHNOLOGIES PTY LTD.,

*Appellant*

v.

ASSA ABLOY AB, ASSA ABLOY INC., HID GLOBAL CORP., ASSA ABLOY GLOBAL SOLUTIONS, INC., MASTER LOCK COMPANY, LLC,

*Appellees*

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01093, IPR2022-01094

---

Counsel for Appellees has discussed this motion with counsel for Appellant CPC Patent Technologies Pty Ltd. ("CPC") who has indicated that CPC does not oppose the requested reformation.

| | |
|---|---|
| Date: April 26, 2024 | Respectfully submitted, |

                                              */s/Lionel M. Lavenue*
Lionel M. Lavenue
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
1875 Explorer Street, 8th Floor
Reston, VA 20190
(571) 203-2700

Kara A. Specht
Benjamin A. Saidman
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
271 17th Street NW, Suite 1400
Atlanta, GA 30363
(404) 653-6400

Jonathan J. Fagan
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Appellees*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**AMENDED CERTIFICATE OF INTEREST**

**Case Number:** 2024-1492, 2024-1493

**Short Case Caption:** CPC Patent Technologies Pty Ltd v. ASSA ABLOY AB

**Filing Party/Entity:** ASSA ABLOY AB, ASSA ABLOY Inc., HID Global Corp., ASSA ABLOY Global Solutions, Inc., Master Lock Company, LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/26/2024    Signature: /s/Lionel M. Lavenue

Name: Lionel M. Lavenue

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| ASSA ABLOY AB | | ASSA ABLOY AB |
| ASSA ABLOY Inc. | | ASSA ABLOY AB |
| HID Global Corporation | | ASSA ABLOY AB; ASSA ABLOY Inc. |
| ASSA ABLOY Global Solutions, Inc. | | ASSA ABLOY AB; ASSA ABLOY Inc. |
| Master Lock Company, LLC | ASSA ABLOY Residential Group, Inc. | Fortune Brands Outdoors & Security, LLC; Fortune Brands Innovations, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this **court** for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable        ☐   Additional pages attached

| | | |
|---|---|---|
| Dion Bregman<br>Morgan, Lewis & Bockius LLP | | |
| Andrew Devkar<br>Morgan, Lewis & Bockius LLP | | |
| James Kristas<br>Morgan, Lewis & Bockius LLP | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☒   Yes (file separate notice; see below)     ☐   No     ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒   None/Not Applicable        ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 21 or Federal Circuit Rule 21.

This motion contains 201 words, excluding the parts of the brief exempted by the Federal Rules of Appellate Procedure.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 23(a)(5) or Federal Circuit Rule 28.1(e) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font, Times New Roman.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
1875 Explorer Street, 8th Floor
Reston, VA 20190
(571) 203-2700