NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant*

v.

**ASSA ABLOY AB, ASSA ABLOY INC., HID GLOBAL CORP., ASSA ABLOY GLOBAL SOLUTIONS, INC., MASTER LOCK COMPANY, LLC,**
*Appellees*

---

2024-1492, 2024-1493

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01093 and IPR2022-01094.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

**O R D E R**

Appellees move unopposed to modify the caption to reflect a corporate merger between August Home, Inc. and Master Lock Company, LLC ("Master Lock") and Master Lock's acquisition of ASSA ABLOY Residential Group, Inc.'s assets.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the official caption is revised as reflected in this order.

FOR THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court